IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| TAMMY IRELAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-0759-CV-W-GAF |
| ) | |
| UNUM LIFE INSURANCE COMPANY ) | |
| OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Now before the Court is the parties' Joint Notice of Voluntary Dismissal With Prejudice. Accordingly, it is

ORDERED that the above referenced case is dismissed with prejudice. Each party shall bear its own costs and fees.

s/ Gary A. Fenner<br>
Gary A. Fenner, Judge<br>
United States District Court

DATED: July 7, 2009